■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL A. JARAMILLO, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASIEM WILLIAMS, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WOODWORTH, Appellant. [53 NYS3d 840]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Lindley, Curran and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROSS, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Centra, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE E. SCARVER, Also Known as "C", Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present— Centra, J.P., Carni, Lindley and Scudder, JJ.

■ TIMOTHY TAGGART, Respondent, v MARGARET FANDEL et al., Appellants. [53 NYS3d 581]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GARCIA, Appellant. [53 NYS3d 581]—Motion for reargument and reconsideration denied. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.